Keely E. Duke, *pro hac vice pending*
Idaho State Bar No.  #6044; ked@dukevett.com
Molly E. Mitchell, *pro hac vice pending*
Idaho State Bar No. #10035; mem@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

Stanford P. Fitts
Utah State Bar No. 4834; sfitts@strongandhanni.com
Jessica J. Johnston
Utah State Bar No. 14687; jjohnston@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone (801) 532-7080
Facsimile (801)596-1508

*Attorneys for Defendant Eriksson Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY INSURANCE a/s/o OWELL PRECAST, L.L.C. dba OLYMPUS PRECAST LLC; and OWELL PRECAST, L.L.C. dba OLYMPUS PRECAST, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIKSSON TECHNOLOGIES, INC.<br><br>Defendant. | No.<br><br>**DEFENDANT ERIKSSON TECHNOLOGIES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE COURT:

Defendant Eriksson Technologies, Inc. ("Eriksson") submits this Notice of Removal of

**DEFENDANT ERIKSSON TECHNOLOGIES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 1**

*Employers Mutual Casualty Insurance et al. v. Eriksson Technologies, Inc.*, filed in the District Court of the Third Judicial District of the State of Utah, in and for the County of Salt Lake, Civil No. 230901836 ("State Court Case"), on the grounds that diversity of citizenship exists between Plaintiffs and Eriksson (28 U.S.C. §1332).

1. On March 17, 2023, Plaintiffs filed their Complaint in the State of Utah, in and for the County of Salt Lake. Declaration of Keely E. Duke in Support of Eriksson Technologies, Inc.'s Notice of Removal ("Duke Decl."), Ex. A. Pursuant to Dist. Utah Loc. Civ. R. 81-2(b), Eriksson is contemporaneously providing this Court a copy of the entire state court record and docket sheet. Duke Decl., Ex. A.

2. Salt Lake County, Utah is located within the District of Utah. Thus, venue is proper pursuant to 28 U.S.C. § 92 because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

3. Complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332. Plaintiff Employers Mutual Insurance Company ("EMIC") is an Iowa corporation with its principal place of business in Iowa. Owell Precast, L.L.C. dba Olympus Precast LLC ("Olympus") is a Utah limited liability company with its principal place of business in Utah. Eriksson Technologies, Inc. is a Florida corporation with its principal place of business in Florida.

4. The Complaint involves an amount in controversy in excess of the jurisdictional diversity requirement of $75,000 as Plaintiff EMIC seeks damages totaling $1,100,000, plus attorney's fees, costs, and expenses incurred in the underlying arbitration, and Plaintiff Olympus seeks damages totaling $806,761.60, plus interest, attorney's fees, costs, and expenses incurred in the underlying arbitration.

5. Removal is timely under 28 U.S.C. § 1446(b)(3) because Eriksson has filed this

Notice of Removal within 30 days of service of the Complaint. Eriksson was served on March 27, 2023.

6. Copies of the entire state court record and the state court docket have been provided with this Notice of Removal. Duke Decl. Ex. A. This includes all the "process, pleadings, and orders" served upon Eriksson. *See* 28 U.S.C. § 1446(a).

7. Concurrent with the filing of this Notice of Removal, written notice of the filing of this Notice is being delivered to Plaintiffs' counsel and is being filed with the Clerk of Court of the District Court of the Third Judicial District of the State of Utah, in and for the County of Salt Lake. Duke Decl., Exhibit B.

8. By removing this action to this Court, Eriksson does not waive any defenses, objections, or motions available to it under state or federal law. Eriksson expressly reserves the right to move for dismissal of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

DATED April 26, 2023.

DUKE EVETT, PLLC

By: /s/ Keely E. Duke
Keely E. Duke – Of the Firm
Molly E. Mitchell – Of the Firm
*Attorneys for Defendant Eriksson Technologies, Inc.*


STRONG & HANNI

By: /s/
Stanford P. Fitts – Of the Firm
Jessica J. Johnston – Of the Firm
*Attorneys for Defendant Eriksson Technologies, Inc.*

**DEFENDANT ERIKSSON TECHNOLOGIES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 3**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 26, 2023, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | | |
|---|---|---|
| Kevin J. Simon, Esq.<br>1031 South Bluff St. First Floor<br>P.O. Box 910645<br>St. George, Utah 84791<br>*Attorneys for Plaintiff Employers Mutual Casualty Insurance a/s/o/Owell Precast, LLC dba Olympus Precast LLC* | [ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>iCourt/E-Filing<br>kevin@strachanlaw.com |
| Conrad Johansen<br>Stephen Bigham<br>SKOUBYE NIELSEN & JOHANSEN, LLC<br>999 East Murray Holladay Rd. Suite 200<br>Salt Lake City, UT 84117<br>*Attorneys for Plaintiff Employers Mutual Casualty Insurance a/s/o/Owell Precast, LLC dba Olympus Precast LLC* | [ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>iCourt/E-Filing<br>conrad@snjleagal.com<br>stephen@snjlegal.com |

      /s/Keely E. Duke
      Keely E. Duke